HENRIETTA FRIED and Others, Appellants, v. THE WESTERN UNION TELEGRAPH COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HELEN WILSON, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to reverse and grant a new trial on the ground of inadequacy of verdict.

EVELYN DARLING, Respondent, v. JOHN J. MOORHEAD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents and votes to reverse and grant a new trial on the ground that the verdict is against the weight of the evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL ORZEL, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, J.; Merrell, J., dissents and votes for reversal and dismissal of the indictment.

ROSHELLE SHULLMAN, an Infant, by SAMUEL SHULLMAN, Her Guardian ad Litem, and SAMUEL SHULLMAN, Respondents, v. DAVID ROSENBERG and JENNIE ROSENBERG, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WOLF-KAHN REALTY CORPORATION, on Behalf of Itself and All Other Creditors of ECKHARDT BERMAN FURNITURE CO., INC., Appellant, v. HARRIS SUSSMAN and Others, Defendants, Impleaded with MORRIS BERMAN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SOLOMON, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; O'Malley and Townley, JJ., dissent and vote for reversal and a new trial.

CATHERINE M. SHUBERT, Appellant, v. JACOB J. SHUBERT, Respondent.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNIE E. THOMPSON, as Executrix, etc., of CHARLES S. THOMPSON, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANAHMA REALTY CORPORATION, Appellant, v. 9 AVENUE–31 STREET CORPORATION and MAX N. NATANSON, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BARNET KELMENSON and DAVID ANTIN, Copartners, etc., Appellants, v. HERBERT STEINER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF THE UNITED STATES, Respondent, v. ARMIN MANHEIM, Appellant.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

* Affd., 264 N. Y. 45.